THE HONORABLE JUDGE BENJAMIN H. SETTLE
TRIAL DATE: APRIL 15, 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DANETTE SUMMERS,<br><br>Plaintiff,<br><br>vs.<br><br>KHC TRUCKING INC., a stock corporation and JASKARAN SINGH, individually,<br><br>Defendants. | No. 3:23-cv-06004-BHS<br><br>STIPULATED MOTION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR: MARCH 28, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties jointly stipulate and move the Court for an Order dismissing this action in its entirety, with prejudice, with each party bearing their own attorney's fees and costs.

DATED: March 27, 2025

By: /s/ Jeff Sbaih
    Dylan E. Jackson, WSBA #29220
    Jeff M. Sbaih, WSBA #51551
    WILSON SMITH COCHRAN DICKERSON
    1000 Second Avenue, Suite 2050
    Seattle, WA 98104
    Email: jackson@wscd.com; sbaih@wscd.com
    Attorneys for Defendants

//

STIPULATED MOTION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE
Cause No. 3:23-cv–06004-BHS - 1



WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

By:    */s/ John R. Connelly, Jr.*
John R. Connelly, Jr.
Dalia Ibrahim
CONNELLY LAW OFFICES
2301 N 30th St
Tacoma, WA 98403-3322
Email: jconnelly@connelly-law.com;
      dibrahim@connelly-law.com;
Attorneys for Plaintiff

IT IS SO ORDERED.

DATED: March 31, 2025.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION AND PROPOSED
ORDER FOR DISMISSAL WITH PREJUDICE
Cause No. 3:23-cv–06004-BHS - 2

WILSON SMITH COCHRAN DICKERSON
1000 Second Avenue, Suite 2050
Seattle, Washington 98104
Telephone: (206) 623-4100
Fax: (206) 623-9273

# CERTIFICATE OF SERVICE

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served the foregoing document on:

**Attorney for Plaintiff**
John R. Connelly, Jr.
Dalia Ibrahim
2301 N 30th St
Tacoma, WA 98403-3322
( )    Via U.S. Mail
( )    Via Hand Delivery
(X)    Via CM/ECF / Email per electronic service agreement: jconnelly@connelly-law.com; dibrahim@connelly-law.com; iwheeler@connelly-law.com

**SIGNED** this 27th day of March, 2025, at Seattle, Washington.

_____
Katty Ou, Legal Assistant
Wilson Smith Cochran Dickerson
Email: ou@wscd.com

STIPULATED MOTION AND PROPOSED
ORDER FOR DISMISSAL WITH PREJUDICE
Cause No. 3:23-cv–06004-BHS - 3

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273